JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY CALDWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAM'S WEST, INC., and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22-cv-02153 JWH-SHK<br><br>**JUDGMENT ENTERED UNDER FED. R. CIV. P. 68** |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

On October 2, 2023, Plaintiff filed a Notice of Acceptance of Offer of Defendant's Offer of Judgment under Federal Rule of Procedure 68 to Plaintiff Daisy Caldwell and Proof of Service, accepting the Offer of Judgment served by Defendant SAM'S WEST, INC., dated September 18, 2023, a copy of which was attached to Plaintiff's Notice.  Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff DAISY CALDWELL shall have judgment against Defendant SAM'S WEST, INC., in the total judgment sum of $250,000.00 (two-hundred and fifty-thousand dollars and zero cents), each party to bear its own costs and attorney's fees.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant SAM'S WEST, INC. in connection with the facts and circumstances that are the subject of this action. Except as otherwise provided herein, this judgment acts as a release and discharge of Defendant SAM'S WEST, INC. from any and all claims that were or could have been alleged by Plaintiff in this action.

**IT IS SO ORDERED.**

Dated: November 1, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE